IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )      4:06CR3185
                                 )
        v.                       )
                                 )
                                 )
RICHARD GENE ROBERTS,            )
                                 )
                Defendant.       )      MEMORANDUM AND ORDER
                                 )
```

A hearing was held before me March 6, 2007 on allegations made in the amended petition for action on conditions of pretrial release.  The defendant was present with counsel, and was advised of his rights.  The defendant admitted the allegations in the petition.  I therefore find that the allegations of the petition are true.

Regarding disposition, the government and the defendant both proposed that defendant should be released on the same or similar conditions as those presently in effect.  Defendant further requested that the court lift the no-association requirement as pertains to the defendant's fiancee.  I decline to lift that restriction at this time, but I shall direct the pretrial services officer to investigate the matter further.  Accordingly,

   IT THEREFORE HEREBY IS ORDERED:

   1. The previous order releasing the defendant on conditions, filing 10, is amended as follows:

> The defendant shall reside at the Exodus House as directed by Pretrial Services, and shall abide by all of its rules and requirements.

> The defendant shall obtain full-time, verifiable employment within ten days.

    2. The pretrial services officer shall investigate the defendant's request to associate with Katherine Prang and report to the court and counsel as soon as practicable.

DATED March 6, 2007

                          s/ *David L. Piester*
                          United States Magistrate Judge